DISTRICT OF WYOMING
FILED
PM 2 07
U.S. DISTRICT COURT

S. JOSEPH DARRAH
Joseph E. Darrah
DARRAH & DARRAH, P.C.
P.O. Box 550
Powell, WY 82435
(307)754-2254
(307)754-5656 FAX
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| LINDA YATES,<br><br>Plaintiff,<br>vs.<br><br>BUTANE POWER AND EQUIPMENT COMPANY, INC. A Wyoming Corporation, and MARVIN TILLEY, individually and behalf of Butane Power and Equipment,<br><br>Defendants. | No. 98-CV-106B |

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court upon Plaintiff's motion to dismiss, and hereby moves the court for an order dismissing Plaintiff's claims against Marvin Tilley with prejudice, and the Court having being apprised of the files and records herein;

IT IS HEREBY ORDERED that Plaintiff's claims against Marvin Tilley is hereby dismissed with prejudice.

DATED this 13th day of December, 2000.

Clarence A. Brimmer
UNITED STATED DISTRICT COURT JUDGE

cc: S. Joseph Darrah
Marvin Tilley

34